UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZACHERY JONES, et al.<br><br>　　　　Defendants. | No. 1:23-cv-01214-JLT-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 7) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On September 12, 2023, the Court directed that Plaintiff shall either pay the $402.00 filing fee or submit the completed application to proceed without prepaying fees or costs by a non-prisoner. Plaintiff has not responded to the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:　**October 10, 2023**　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1