1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    THOMAS K. MILLS,                          No.  1:23-cv-01214-JLT-SAB (PC)

12                    Plaintiff,                 ORDER DISCHARGING ORDER TO SHOW
                                                 CAUSE AND GRANTING APPLICATION
13           v.                                  TO PROCEED IN FORMA PAUPERIS

14    ZACHERY JONES, et al.                      (ECF No. 9)

15                    Defendants.

16

17           Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

18           On September 12, 2023, the Court directed that Plaintiff shall either pay the $402.00 filing

19    fee or submit the completed application to proceed without prepaying fees or costs by a non-

20    prisoner.  (ECF No. 7.)  After Plaintiff failed to the comply with the Court's order, an order to

21    show cause why the action should not be dismissed was issued on October 10, 2023.  (ECF No.

22    8.)

23           On October 13, 2023, Plaintiff filed a completed application to proceed in forma pauperis

24    by a non-prisoner.  (ECF No. 9.)  The Court finds Plaintiff's application demonstrates

25    entitlement to proceed without prepayment of fees.  In light of Plaintiff's filing, the Court will

26    discharge the order to show cause issued on October 10, 2023.  Notwithstanding this order, the

27    Court does not direct that service be undertaken until the Court screens the complaint in due

28    course and issues its screening order.

1

1   Accordingly, IT IS HEREBY ORDERED THAT:

2   1. The order to show cause issued on October 10, 2023 (ECF No. 8) is DISCHARGED.

3   2. Plaintiff's application to proceed in forma pauperis (ECF No. 9) is GRANTED.

4   3. Service shall not be undertaken until the Court screens the complaint in due course and

5   issues its screening order.

6

7   IT IS SO ORDERED.

8   Dated:   **October 13, 2023**

UNITED STATES MAGISTRATE JUDGE