**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS K. MILLS,<br><br>            Plaintiff,<br><br>      v.<br><br>ZACHERY JONES, et al.<br><br>            Defendants. | No. 1:23-cv-1214 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 34, 37) |

Plaintiff asserts the defendants violated his civil rights during Plaintiff's incarceration at North Kern State Prison and moved for summary judgment on his claims. (Doc. 34.) The magistrate judge found the motion was premature because the defendants have not filed a responsive brief and discovery has not been opened yet. (Doc. 37 at 2.) Therefore, the magistrate judge recommended the motion be denied. (*Id.* at 3.)

The Court served the Findings and Recommendations on the plaintiff and notified him that any objections were due within 14 days. (Doc. 37 at 3.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

1

Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on January 4, 2024 (Doc. 37) are **ADOPTED** in full.

    2.    Plaintiff's motion for summary judgment (Doc. 34) is **DENIED.**

IT IS SO ORDERED.

Dated:   **February 5, 2024**

_____
UNITED STATES DISTRICT JUDGE