UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>                    Plaintiff,<br><br>          v.<br><br>ZACHERY JONES, et al.<br><br>                    Defendants. | No. 1:23-cv-01214-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S  MOTION FOR SANCTIONS<br><br>(ECF No. 42) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for sanctions, filed February 14, 2024. Plaintiff contends that Defendants failed to file a waiver of service of process on February 12, 2024-the extended deadline based on request for extension of time.  (ECF Nos. 38, 39.)  Plaintiff is incorrect as Defendants Jones and Rivera filed a timely waiver of service on February 12, 2024 (ECF No. 41), and Plaintiff's motion for sanctions is DENIED.

IT IS SO ORDERED.

Dated:   **February 15, 2024**

UNITED STATES MAGISTRATE JUDGE

1