UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>            Plaintiff,<br><br>   v.<br><br>ZACHERY JONES, et al.<br><br>            Defendants. | No. 1:23-cv-01214-JLT-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER<br><br>(ECF No. 54) |

    Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

    On March 11, 2024, Defendants filed an answer to the complaint.  (ECF No. 44.)

    On April 22, 2024, Plaintiff filed a reply to Defendants' answer.  (ECF No. 54.)

    Plaintiff is advised that the Federal Rules of Civil Procedure contemplate a reply to the answer only when ordered by the court. Fed. R. Civ. P. 12(a)(1)(C).  Since Plaintiff was not ordered to reply to the Answer, his reply is stricken from the record.

IT IS SO ORDERED.

Dated:  **April 23, 2024**

UNITED STATES MAGISTRATE JUDGE

1