UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>    Plaintiff,<br><br>    v.<br><br>ZACHERY JONES, et al.<br><br>    Defendants. | No.  1:23-cv-01214-JLT-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO ANSWER<br><br>(ECF No. 65) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On June 4, 2024, Plaintiff filed a reply to Defendants' filed which was filed on March 11, 2024.

Rule 7 of the Federal Rules of Civil Procedure provides as follows:
There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

Fed. R. Civ. P. 7(a).

Here, the Court did not order Plaintiff to reply to Defendants' answer, nor did Plaintiff seek any leave to file a reply to the answer. The Court declines to require any reply to the answer.

Accordingly, Plaintiff's reply to Defendants' answer, filed on June 4, 2024, is stricken from the record.

IT IS SO ORDERED.

Dated: __**June 5, 2024**__   _____
UNITED STATES MAGISTRATE JUDGE